UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE SUMMERS GROUP, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>JEFFREY A. RINDE, et al.,<br><br>    Defendants. | Case No. 23-cv-00348-DMR<br><br>**ORDER TO SHOW CAUSE** |

On May 26, 2023, the court ordered Plaintiffs to file a report by May 31, 2023 regarding the status of service of the summons and complaint on all Defendants. [Docket No. 33.] Plaintiffs failed to comply. Accordingly, Plaintiffs are ordered to respond by June 8, 2023 and show cause why they should not be sanctioned for failing to comply with the court's May 26, 2023 Order and why this matter should not be dismissed for failure to prosecute. Failure to respond by June 8, 2023 may result in dismissal of this action.

**IT IS SO ORDERED.**

Dated: June 5, 2023



Donna M. Ryu
Chief Magistrate Judge